# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**Case No.: 1:25-cv-25312-MD**

JESUS IGNACIO PEREZ MENDEZ,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jesus Ignacio Perez Mendez and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

Dated: June 4, 2026

| | |
|---|---|
| */s/ David Pinkhasov* | */s/ Sylas Kern* |
| David Pinkhasov, FL # 1040933 | Sylas Kern, Bar No. 1045399 |
| CONSUMER ATTORNEYS PLLC | skern@seyfarth.com |
| 68-29 Main Street | SEYFARTH SHAW LLP |
| Flushing, NY 11367 | 233 South Wacker Drive |
| T: (718) 701-4605 | Suite 8000 |
| F: (718) 247-8020 | Chicago, Illinois 60606-6448 |
| E: dpinkhasov@consumerattorneys.com | Telephone: (312) 460-5413 |
| | Facsimile: (312) 460-7000 |
| *Attorneys for Plaintiff,* | |
| *Jesus Ignacio Perez Mendez* | *Counsel for Defendant* |
| | *Equifax Information Services, LLC* |

1/2

*Perez Mendez v. Equifax Information Services, LLC*
Stipulation of Dismissal with Prejudice

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ David Pinkhasov*

*Perez Mendez v. Equifax Information Services, LLC*
Stipulation of Dismissal with Prejudice