UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-25312-CIV-DAMIAN/Strauss

**JESUS IGNACIO PEREZ MENDEZ**,

     Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC**,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Parties' Stipulation of Dismissal With Prejudice as, filed June 4, 2026. [ECF No. 27]. The Parties stipulate to the dismissal, with prejudice, of this action and all claims against Defendant Equifax Information Services, LLC. The Court notes that the Stipulation is signed by all parties who have appeared.

THE COURT having reviewed the Stipulation and being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services, LLC. This case is CLOSED.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 25th day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**